IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN SNAVELY,<br><br>    Defendant. | Case No. 18-cv-04685-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION IN FULL; REMANDING ACTION; DIRECTIONS TO CLERK** |

Before the Court is the Report and Recommendation, filed August 6, 2018, in which Magistrate Judge Joseph C. Spero recommends that the above-titled action be remanded to state court, for lack of subject matter jurisdiction. In response to the report, defendant John Snavely filed, on August 10, 2018, a "Notice of Re[s]cission of Removal of Action," wherein he "requests . . . remand back to state court." (See Dkt. No. 8 at 1:22-25.)

The Court, having read and considered the above-referenced filings, hereby ADOPTS the Report and Recommendation in full, and, accordingly, REMANDS the above-titled action to the Superior Court of California, in and for the County of Contra Costa.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 13, 2018

                                            MAXINE M. CHESNEY
                                            United States District Judge